IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

QUANDARIAN FAULKNER, AIS# 259678,  :

    Plaintiff,   :

vs.   :   CIVIL ACTION 17-0077-WS-MU

JEFFERSON DUNN, et al.,   :

    Defendants.   :

## ORDER FOR PAYMENT OF PRISONER FILING FEE

Plaintiff, an Alabama prison inmate proceeding <u>pro se</u>, is required under 28 U.S.C. § 1915(b)(1) to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to pay the entire $350.00 filing fee in monthly payments in the amount of 20% of the preceding month's income credited to Plaintiff's prisoner account. 28 U.S.C. § 1915(b)(2). Each time the amount in Plaintiff's account exceeds $10.00, the Alabama Department of Corrections is required to remit these payments to the Clerk of the United States District Court for the Southern District of Alabama until the $350.00 filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, it is ORDERED that:

1. The Commissioner of the Alabama Department of Corrections or his designee shall collect payments from Plaintiff's prisoner account and forward those payments to the Clerk of the United States District Court for the Southern District of Alabama in accordance with the provisions of 28 U.S.C. § 1915(b)(2) until the $350.00 filing fee has been paid in full. These payments shall clearly identify Plaintiff's name and the number

assigned to this action.

    2.  The Clerk send a copy of this order to the Commissioner of the Alabama Department of Corrections and to the business manager of the institution where Plaintiff is incarcerated, Holman Correctional Facility, Holman 3700, Atmore, Alabama 36503-3700.

    DONE this 18th day of April, 2017.

                             s/P. BRADLEY MURRAY
                             UNITED STATES MAGISTRATE JUDGE