IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUANDARIAN FAULKNER, AIS #259678, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CIVIL ACTION NO.: 1:17-CV-77-WS-MU |
| JEFFERSON DUNN, *et al.*, | ) ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW six (6) of the Defendants, Cynthia Stewart; Terry Raybon; Phillip Mitchell[1]; Ashley Kidd; Gary Scarborough and Timothy Vignolo, by and through undersigned counsel, and move for an extension of time of thirty (30) days to file their Special Report and Answer in this cause and for grounds state as follows:

1.  That the Defendants' Special Report and Answer in this cause is due Monday, July 3, 2017. The Court has only received waivers of service from the six (6) Defendants named above, but Counsel anticipates that more waivers will be forthcoming regarding other named Defendants[2].

2.  That the undersigned is in the process of collecting and/or reviewing affidavits, institutional records and other materials which are needed to adequately respond to Plaintiff's allegations.

---

[1] Incorrectly identified in the Complaint as C. Mitchell.
[2] There are thirty-six (36) named Defendants in this case, 30 of whom have not returned waivers and/or have not been served.

3. Given the allegations of constitutional violations, coupled with such a large number of Defendants located in several different correctional facilities, counsel needs additional time to obtain affidavits from all of the Defendants.

4. That the undersigned, therefore, requires additional time to properly respond to Plaintiff's allegations.

5. That this is said Defendant's first request for an extension.

6. That this enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for thirty (30) additional days, up to and including **Wednesday, August 2, 2017**, to file their Special Report and Answer.

Respectfully submitted this 27th day of June, 2017.

>STEVEN T. MARSHALL
>ATTORNEY GENERAL
>
>  /s/ MARY GOLDTHWAITE
>MARY GOLDTHWAITE
>Assistant Attorney General
>Counsel for Defendants Stewart, Raybon, Mitchell, Kidd, Scarborough and Vignolo

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Quandarian Faulkner
AIS #259678
Holman Correctional Facility
Holman 3700
Atmore, AL 36503

          /s/ MARY GOLDTHWAITE
          OF COUNSEL