IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUANDARIAN FAULKNER<br>Plaintiff, | : : : | |
| vs. | : : | CIVIL ACTION 17-0077-JB-MU |
| JEFFERSON DUNN, *et al.*,<br>Defendants. | : : : | |

### ORDER FOR SETTLEMENT CONFERENCE
### AND APPOINTMENT OF LIMITED PURPOSE COUNSEL

Plaintiff Quandarian Faulkner, an Alabama prison inmate proceeding *pro se* and *in forma pauperis*, filed a complaint under 42 U.S.C. § 1983. This action has been referred to the undersigned for appropriate action pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R). On October 11, 2019, Faulkner filed a motion (Doc. 126) which requested, among other things, the Court to set the case for a settlement conference (mediation) and to appoint counsel to represent him. The Court GRANTS that motion only to the extent it seeks a settlement conference and only to the extent it seeks counsel to represent him in a capacity limited to preparation for and participation in a settlement conference. The Court denies the motion in all other respects.

Settlement Conference

United States Magistrate Judge Sonja F. Bivins will conduct a settlement conference on this case on February 10, 2020 at 9:00 am in Courtroom 5A of the United States District Court, 155 St. Joseph Street, Mobile, AL 36602. Plaintiff Faulkner, his Limited Purpose Appointment Counsel (see below), and Counsel

for the remaining Defendants (Doc. 135) are ordered to appear and participate in person. Although there are several remaining Defendants, the Court requires only that at least one of those Defendants must be present in person for the settlement conference. Additional Defendants may participate in person if they desire to do so. Defense counsel is required however to take all steps necessary to secure the authority from all remaining Defendants to resolve the case at settlement conference. If any remaining Defendant is insured against any remaining claim (Doc. 135), a representative of the insurer is required to attend the settlement conference in person. Counsel and all representatives required to attend in person must have complete authority to resolve the case.

The Court will generally use a mediation format: opening presentations by each side followed by a joint discussion, then separate meetings and discussion with each side. The Court expects both the lawyers and the party representatives to be fully prepared to participate. The Court encourages all parties to keep an open mind in order to re-assess their previous positions and to find creative means for resolving the dispute.

Statements made by any party during the settlement conference will not be admissible at trial. Parties are encouraged to be frank and open in their discussions. The Court expects the parties to address each other with courtesy and respect.

Parties should be prepared to discuss the following at the settlement conference:

1. What are your objectives in the litigation?

2. What issues (in and outside of this lawsuit) need to be resolved? What are the strengths and weaknesses of your case?

3. Do you understand the opposing side's view of the case? What is wrong with their perception? What is right with their perception?

4. What are the points of agreement and disagreement between the parties?

5. What are the impediments to settlement?

6. What remedies are available through litigation or otherwise?

7. Are there possibilities for a creative resolution of the dispute?

For many clients, this will be the first time they have participated in a court supervised settlement conference. Therefore, counsel shall provide a copy of this Order to the client and shall discuss the points with the client before the settlement conference.

Limited Purpose Counsel

The Court finds that the circumstances of the case warrant appointment of counsel for a limited purpose and appoints Mobile, Alabama lawyer Derrick Williams as limited purpose counsel for Faulkner. The appointment is limited to preparation for and participation in the settlement conference. The appointment does not extend to any purpose related to trial preparation. The appointment will terminate 14 days after the settlement conference ends.

Transportation and Security

The Court ORDERS the Clerk of Court to provide a copy of this Order to the United States Marshal's Service and to any officials of the Alabama Department of Corrections or related agencies who will be involved in the transportation and security of Faulkner for the settlement conference. The Court further ORDERS the USMS and ADOC officials to communicate and cooperate to provide arrangements necessary to transport and secure Faulkner for the settlement conference.

Writ

The Clerk of Court is DIRECTED to prepare and execute any Writ necessary to achieve the purpose of the settlement conference.

**DONE** this the 10th day of January, 2020.

                s/ P. Bradley Murray
                **UNITED STATES MAGISTRATE JUDGE**