IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUANDARIAN FAULKNER, | * | |
| AIS 259678, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 17-0077-JB-MU |
| | * | |
| JEFFERSON DUNN, et al., | * | |
| | * | |
| Defendants. | * | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE WARDEN OF ST. CLAIR CORRECTIONAL FACILITY, 1000 ST. CLAIR ROAD, SPRINGVILLE, AL 35146 AND TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL OR HIS AUTHORIZED REPRESENTATIVE

We command you, that you have the body of Quandarian Faulkner, a prisoner at St. Clair Correctional Facility in non-federal custody, and that it is desired by this Court that Quandarian Faulkner be removed to Mobile, Alabama, in order that Quandarian Faulkner may have a fair opportunity to prepare his case on the **10th day of February, 2020 by 8:00 a.m.**, to appear before the United States District Court for the Southern Division of the Southern District of Alabama, in the City of Mobile, for the purpose of having to appear for a Settlement Conference on the **10th day of February, 2020 at 9:00 a.m**. in Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602, and thereafter, that you return the said Quandarian Faulkner to the said non- federal custody under safe and secure conduct.

You are further commanded to execute this Writ without unnecessary delay and to make your return to this court as soon as said Writ is executed, stating the date and manner of its execution.

WITNESS, the Honorable P. Bradley Murray, Magistrate Judge of the United States District Court for the Southern District of Alabama, on this 10th day of January, 2020.

                                                  s/ P. BRADLEY MURRAY
                                                  UNITED STATES MAGISTRATE JUDGE

ATTEST:

CHARLES R. DIARD, JR., CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA


By:    s/Cathi Jennings
        Deputy Clerk