IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **QUANDARIAN FAULKNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-cv-77-TFM-MU |
| | ) |
| **JEFFERSON DUNN, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Plaintiff's *Motion Requesting Payment from the Special Attorney Admission Fund* (Doc. 158, filed 4/14/20). Plaintiff's counsel requests the Court approve payment or reimbursement to counsel in the amount of $428.25 from the Special Attorney Admission Fund for costs incurred to obtain Plaintiff's signature on settlement documents after the parties reached an agreement to settle.

The Magistrate Judge appointed Attorney Derrick Williams to represent Plaintiff on January 10, 2020 as limited-purpose counsel in order to prepare for and participate in the settlement conference in this action. Doc. 136. In support of Plaintiff's motion, counsel states that a settlement conference was held on February 10, 2020, and the parties agreed to a settlement on February 13, 2020. Plaintiff, an inmate, was transferred back to St. Clair Correctional Facility in Springville, Alabama, before the parties could obtain his signature on the settlement documents. Accordingly, counsel states that he traveled to Gadsden, Alabama, on Tuesday, February 18, 2020, in order to meet with Plaintiff the following day, February 19, 2020, at St. Clair Correctional Facility, where he obtained Plaintiff's signature. A stipulation of dismissal was subsequently filed with the Court on April 8, 2020. Doc. 156.

Counsel asserts that he stayed at the Best Western Hotel in Gadsden the night of February 18, 2020, at the rate of $89 for the night, in order the meet with Plaintiff the next day. He further asserts that he incurred mileage costs of $339.25 for the trip, representing 295 miles from Mobile to the St. Clair Correctional Facility in each direction (or 590 total miles), payable at a rate of 57.5 cents per mile, the standard government rate. Thus, the total amount requested is $428.25.

Pursuant to S.D. Ala. CivLR 67.1(d), when the assigned judge authorizes payments of funds from the Special Attorney Admissions Fund[1] maintained by the Clerk of Court, the authorization is then forwarded to the Chief Judge or her designee for action.[2] Then, monies from the Fund are paid out on the Chief Judge's order "in an amount and with a priority determined … in light of the condition of the Fund and any other pending or anticipated requests." S.D. Ala. CivLR 67.1(c).

Here, the Magistrate Judge appointed Plaintiff's counsel for the limited purpose of preparing for and participating in the settlement conference, such appointment terminating fourteen (14) days after the settlement conference ends. *See* Doc. 136. The Court finds that counsel's expenses were incurred within fourteen (14) days of the settlement conference as part of the settlement of this case. Accordingly, based on the foregoing, Plaintiff's Motion for Approval of Costs and Reimbursement of Expenses (Doc. 158) is **GRANTED**. Funds from the Special Attorney Admissions Fund in the amount of $428.25 are authorized to be paid to

---

[1] This Court maintains the Special Attorney Admissions Fund pursuant to S.D. Ala. Standing Order No. 16 to "compensate appointed counsel in civil rights actions for reasonably incurred expenses authorized by prior order of the Judge to whom the action is assigned." S.D. Ala. CivLR 67.1(a). Among the expenditures permitted from the Fund are "payment of witness fees and other expenses on behalf of indigent pro se civil litigants." S.D. Ala. Standing Order No. 16, Attached Plan for the Administration of the Special Attorney Admission Funds and Disbursement Order, ¶ 5.F.

[2] Chief Judge DuBose has designated the undersigned as approval authority for reimbursement requests in this matter.

Plaintiff's counsel for reimbursement of hotel and mileage costs incurred for the purpose of finalizing settlement of this action.

**DONE** and **ORDERED** this 18th day of May 2020.

>   /s/ Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE